**DISMISS; Opinion Filed August 27, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01330-CV

### IN THE MATTER AND INTEREST OF MAURICE MURPHY

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-04214**

## MEMORANDUM OPINION
Before Justices Lang, Myers, Evans
Opinion by Justice Lang

On April 8, 2013, after appellant failed to file his brief on the merits, we directed him to file, within ten days, both the brief and a motion to extend time to file the brief. We warned appellant that failure to comply would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1); *see also id.* 42.3(b). To date, appellant has neither filed the brief nor otherwise communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See id.* 42.3(b).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

121330F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE MATTER AND INTEREST OF
MAURICE MURPHY

No. 05-12-01330-CV

On Appeal from the 301st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-12-04214.
Opinion delivered by Justice Lang.  Justices
Myers and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee The Office of the Attorney General recover its costs, if any, of his appeal from appellant Maurice Murphy.

Judgment entered this 27th day of August, 2013.

/Douglas S. Lang/
DOUGLAS LANG
JUSTICE